HOWARD & HOWARD ATTORNEYS PLLC
KIMBERLY P. STEIN, ESQ.
NV Bar No. 8675
JASON P. WEILAND, ESQ.
NV Bar No. 12127
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-Mail: kps@h2law.com
jw@h2law.com
*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No.: 2:14-cv-01648-LDG-GWF <br><br> **STIPULATION TO STAY DISCOVERY AND EXTEND THE DISCOVERY DEADLINES** <br> **(First Request)** |

Pursuant to Local Rules 6-1 and 26-4, Plaintiff, KIRBY SPENCER ("Plaintiff"), and Defendant, WELLS FARGO BANK, N.A. ("Defendant"), hereby stipulate as follows:

WHEREAS, a Complaint was filed in this matter on October 7, 2014 (Dkt. No. 1);

WHEREAS, Plaintiff thereafter filed an Amended Complaint on October 27, 2014 (Dkt. No. 5);

WHEREAS, Defendant timely filed an Answer to Amended Complaint on December 23, 2014 (Dkt. No. 10);

WHEREAS, the Plaintiff and Defendant held a FRCP 26(f) meeting and LR 26-1(e )

on January 20, 2015;

WHEREAS, thereafter and without notice, Plaintiff filed a Motion to Amend/Correct Complaint on February 3, 2015 requesting the matter be amended to a class action (Dkt. No. 12);

WHEREAS, a Joint Stipulated Discovery Plan and Scheduling Order is due by February 6, 2015;

WHEREAS, by filing the Motion to Amend/Correct Complaint, the Parties realize that if granted, the scope and timing of discovery would change;

WHEREAS, the Plaintiff and Defendant desire to avoid incurring further attorneys' fees associated with discovery while the Motion to Amend/Correct Complaint is pending;

WHEREAS, the Plaintiff and Defendants have conferred and agreed to seek a stay of discovery until the Court rules on the Motion to Amend/Correct Complaint;

WHEREAS, if Plaintiff's Motion to Amend/Correct Complaint is granted, the Parties would will need to hold a new FRCP 26(f) meeting and LR 26-1(e ) and seek SPECIAL SCHEDULING REVIEW REQUESTED pursuant to LR 26-1(d); and

WHEREAS, if Plaintiff's Motion to Amend/Correct Complaint is denied, the Parties would then seek to agree to the 180 day rules under and LR 26-1(e ).

IT IS HEREBY STIPULATED that:

1. Plaintiff and Defendants mutually request that the Court stay all discovery in this action until the Court rules on the Plaintiff's Motion to Amend/Correct Complaint; and

/////

/////

/////

/////

/////

2. Upon a decision of Plaintiff's Motion to Amend/Correct Complaint by the Court, the Parties will have thirty (30) days to hold a new FRCP 26(f) meeting and LR 26-1(e) conference and thereafter shall have fourteen (14) days after the Fed. R. Civ. P. 26(f) conference to submit a stipulated discovery plan and scheduling order:

Dated this 6th day of February, 2015.

CRAIG K. PERRY & ASSOCIATES

/s/ Craig K. Perry
CRAIG K. PERRY, Esq.
Nevada State Bar No. 3786
8010 West Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
Telephone (702) 228-4777

Info@1stoplawfirm.com
Attorney for Plaintiff
Kirby Spencer

Dated this 6th day of February, 2015.

HOWARD & HOWARD ATTORNEYS PLLC

/s/ Kimberly P. Stein
KIMBERLY P. STEIN, ESQ.
NV Bar No. 8675
JASON P. WEILAND, ESQ.
NV Bar No. 12127
3800 Howard Hughes Pkwy., Suite 1000

Las Vegas, Nevada 89169
Telephone (702) 257-1483
kps@h2law.com
jw@h2law.com
Attorneys for Defendant
Wells Fargo Bank, N.A.

## ORDER

**IT IS SO ORDERED.**

**Dated this** 13th **day of** February **, 2015.**

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE