Craig K. Perry (NV Bar No. 03786)
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
Tel:  (702) 228-4777
Fax: (702) 943-7520
cperry@craigperry.com

*Attorney for Plaintiff*

Kimberly P. Stein (NV Bar No. 8675)
Jason P. Weiland (NV Bar No. 12127)
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
kps@h2law.com
jw@h2law.com

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIRBY SPENCER,<br><br>                    Plaintiff,<br>vs.<br><br><br><br>WELLS FARGO BANK, N.A.<br><br>                    Defendant.<br>_____ | No.: 14-cv-01648-LDG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT, FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO STAY, AND FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION TO STAY**<br><br>Hon. Lloyd D. George<br><br>Magistrate Judge George W. Foley |

Stipulation to Extend Time

Case No. 14-CV-01648-LDG-GWF

Plaintiff Kirby Spencer ("Plaintiff"), by and through his attorneys Craig K. Perry & Associates, and Defendant Wells Fargo Bank, N.A. ("Defendant"), by and through its attorneys Howard & Howard Attorneys PLLC and Severson & Werson, P.C., pursuant to Local Rules 6-1 and 7-1, hereby stipulate as follows:

1. On February 3, 2015, Plaintiff filed his Motion for Leave to File an Amended Complaint ("Motion for Leave"). (Dkt. 12.)

2. On February 19, 2015, Defendant filed its Opposition to the Motion for Leave. (Dkt. 20.)

3. Plaintiff's Reply in support of his Motion for Leave is currently due on March 1, 2015. (Dkt. 20.)

4. Additionally, on February 19, 2015, Defendant filed a Motion to Stay Case Under the Primary Jurisdiction Doctrine ("Motion to Stay"). (Dkt. 17.)

5. Plaintiff's Opposition to the Motion to Stay is currently due on March 8, 2015.

6. In order to adequately respond to these two separate briefs, which have overlapping response deadlines, Plaintiff seeks additional time to prepare and file his Reply in support of his Motion for Leave brief, until and including March 4, 2015. Plaintiff further seeks additional time to file his Opposition to the Motion to Stay, until and including March 16, 2015.

7. This is Plaintiff's first request for an extension of time to file his Reply in support of his Motion for Leave, and Plaintiff's first request for an extension of time to file his Opposition to the Motion for Leave.

8. Additionally, Defendant requests an additional seven (7) days to file its reply in support of its Motion to Stay, until and including March 30, 2015.

9. This is Defendant's first request for an extension of time to file its Reply in support of its Motion to Stay.

Stipulation to Extend Time  2  
Case No. 14-CV-01648-LDG-GWF

10.     Consequently, Plaintiff Spencer Kirby and Defendant Wells Fargo Bank, N.A. hereby stipulate, and request that this Honorable Court enter an Order that (i) Plaintiff shall have until March 4, 2015 to file his Reply in support of his Motion for Leave; (ii) Plaintiff shall have until March 16, 2015 to file his Opposition to Defendant's Motion to Stay; and (iii) Defendant shall have until March 30, 2015 to file its Reply in support of its Motion to Stay

Dated:  February 26, 2015

Respectfully submitted,

CRAIG K. PERRY & ASSOCIATES

By: /s/ Craig K. Perry
Craig K. Perry (Nev. Bar No.3786)

*Attorneys for Plaintiff Kirby Spencer*

Dated:  February 26, 2015

HOWARD & HOWARD ATTORNEYS PLLC

By:  /s/  Kimberly P. Stein
Kimberly P. Stein (Nev. Bar No. 8675)
(*via email authorization*)

*Attorneys for Defendant
Wells Fargo Bank, N.A.*

Pursuant to Stipulation, **IT IS SO ORDERED**.

Dated: 27  February 2015         By: _____
                                  Hon. Lloyd D. George
                                  United States District Court Judge

Stipulation to Extend Time                    3
                                        Case No. 14-CV-01648-LDG-GWF