**HOWARD & HOWARD ATTORNEYS PLLC**
KIMBERLY P. STEIN, ESQ.
NV Bar No. 8675
JASON P. WEILAND, ESQ.
NV Bar No. 12127
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-Mail: kps@h2law.com
　　　　 jw@h2law.com

**SEVERSON & WERSON, P.C.**
ERIC J. TROUTMAN (California Bar No. 229263)*
DIVYA S. GUPTA (California Bar No. 284282)*
ALEXANDRA N. KRASOVEC (California Bar No. 279578)*
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118
* *pro hac vice to be filed*

*ATTORNEYS FOR DEFENDANT*
*WELLS FARGO BANK, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | Case No. 2:14-cv-01648-LDG-GWF |

**DEFENDANT WELLS FARGO BANK, N.A.'s SURREPLY IN FURTHER OPPOSITION**

**TO PLAINTIFF'S MOTION TO AMEND**

**[REQUEST FOR ORAL ARGUMENT]**

**DEFENDANT WELLS FARGO BANK, N.A.'s SURREPLY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTION TO AMEND**

Plaintiff's reply brief greatly expands upon arguments made in the initial moving papers and in a misleading way. Specifically, in reply the Plaintiff now makes the unsupported argument that: "Defendant's automated telephone dialing operation suffers from a critical defect such that, even when a lawsuit is filed to stop any further calls from occurring, the system is still incapable of preventing unauthorized robocalls from being placed." Doc. 24 at p. 8.

The Court should have the true facts before it in assessing the Plaintiff's motion for leave to amend. The facts are:

1. Wells Fargo Bank, N.A. ("Wells Fargo") was served with process in this case on November 12, 2014.

2. Per the admissions made in the Plaintiff's reply brief (Doc. 24 at p. 3) the calls stopped the same day service took place.

3. The earliest Wells Fargo's counsel was aware of this lawsuit was November 6, 2014. On that day Plaintiff's counsel Craig Perry directed his assistant to send an e-mail to an associate with Wells Fargo's outside counsel Severson & Werson, APC located in California. The e-mail

1  attached a "courtesy copy" of the amended complaint. A true and correct copy of that e-mail is
2  attached hereto as Exhibit "A."
3      Dated this 9th day of March, 2015.

/s/ Kimberly P. Stein
KIMBERLY P. STEIN (Nevada Bar No. 8675)
HOWARD & HOWARD ATTORNEYS PLLC
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483 | Fax: (702) 567-1568
Email: KStein@HowardandHoward.com

ERIC J. TROUTMAN*
DIVYA S. GUPTA*
ALEXANDRA N. KRASOVEC*
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Tel. (949) 442-7110

Attorneys for Defendant WELLS FARGO BANK, N.A.
* *seeking admission pro hac vice*

**CERTIFICATE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on March 9, 2015, I electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to the following:

Craig K. Perry, Esq.
Craig K. Perry & Associates
8010 W. Sahara Avenue, Suite 260
Las Vegas, NV 89117

Executed on March 9, 2015, at Las Vegas, Nevada.

*Stephanie T. George*
Stephanie T. George

4846-1246-6466, v. 1

# EXHIBIT A

| | |
|---|---|
| **From:** | liz@craigperry.com |
| **Sent:** | Thursday, November 06, 2014 1:28 PM |
| **To:** | Divya S. Gupta |
| **Subject:** | Spencer vs. Wells Fargo, Case Number 2:14-cv-01648-LDG-GWF |
| **Attachments:** | Spencer vs. Wells Fargo Amended Complaint Case No 214-cv-01648-LDG-GWG.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Ms. Gupta,

Per Mr. Perry's instruction attached hereto please find courtesy copy of the amended complaint on the above-noted matter along with the supporting evidence of the calls.

Mr. Perry has asked me to forbear serving the complaint and asked if you would kindly contact him to discuss this matter or direct our office as to whom he can discuss the case with.

Respectfully,

Liz

Legal Assistant/Office Manager | 8010 West Sahara Avenue, Suite 260 Las Vegas, NV 89117 | ( phone: 702.228.4777<tel:702.228.4777> | 7 fax: 702.943-7520<tel:702.943-7520> | * e-mail: liz@craigperry.com<mailto:liz@craigperry.com> Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.

1

<http://www.avast.com/>        This email is free from viruses and malware because avast!
Antivirus<http://www.avast.com/> protection is active.

Craig K. Perry, Esq.
Nevada Bar # 3786
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
Phone: (702) 228-4777
Fax: (702) 943-7520
E-mail: info@1stoplawfirm.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Kirby Spencer,

        Plaintiff,

vs.

Wells Fargo Bank, N.A.,

        Defendant.

CASE NO. 2:14-cv-01648-LDG-GWF

AMENDED COMPLAINT FOR DAMAGES FOR VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227 ET. SEQ.

JURY TRIAL DEMANDED

## AMENDED COMPLAINT

COMES NOW Spencer Kirby (hereafter referred to as "Plaintiff"), by and through his attorney, Craig K. Perry, Esq. of the law firm of Craig K. Perry & Associates, and alleges the following against Wells Fargo Bank, N.A. (hereafter referred to as Defendant "Wells Fargo").

### INTRODUCTION

1. Plaintiff's Amended Complaint is based on the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (hereafter referred to as "TCPA").

### JURISDICTION AND VENUE

2. Jurisdiction of this Court arises pursuant to 47 U.S.C. § 227(g)(2), and 28 U.S.C. § 1331 grants this court original jurisdiction of all civil actions arising under the laws of the United States.

1

3. Wells Fargo conducts business in the State of Nevada and therefore, personal jurisdiction is established.

4. Venue in this District is proper pursuant to 47 U.S.C. § 227(e)(6)(E)(i), which incorporates by reference 28 U.S.C. § 1391, of which the following subsections apply: (b)(2), because a substantial part of the events giving rise to the claim arose in Nevada, and (c)(1), because Plaintiff is a resident of the state of Nevada.

5. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

## PARTIES

6. Plaintiff is a natural person residing in Henderson, Nevada.

7. Plaintiff is both a "person" and "called party" as those terms are used or defined in 47 U.S.C. § 227.

8. Wells Fargo is an Appointed Resident Agent doing business in Nevada and for whom a principal purpose of its business is telecommunications.

9. Wells Fargo is properly referred to as both a "person" and a "caller" as those terms are used or defined in 47 U.S.C. § 227.

## STATEMENT OF FACTS

10. Plaintiff repeats, re-alleges, and incorporates by reference paragraphs 1 through 9, inclusive, above.

11. Beginning on or about August 5, 2014, when Plaintiff purchased and turned on his new cellular phone, he began receiving robocalls from Wells Fargo to his cell phone number. Plaintiff received 70 robocalls from August 5, 2014 through September 30, 2014. (See Exhibit 1.). A robocall is any call made using an automatic telephone dialing system (*LCCA/er v. CashCalf.* 554 F. Supp.2d 1025 (N.D. Cal. 2008). These calls violate the Telephone Consumer Protection Act, 47 U.S.C. § 227.

2

1 | Robocalls are not permitted when there is neither (1) an established business relationship (see § 227(a)(2) nor (2) prior express consent (see § 227(b)(1)(A)).

12. Plaintiff sent a letter concerning the problem by certified mail to Wells Fargo, requesting a cease and desist of their repeated calls to his cell phone, and advising them that he did not give Wells Fargo or any of its assignees or representatives permission to contact him on his cell phone. According to USPS tracking records, that letter was delivered to and received by Wells Fargo on September 2, 2014. (See Exhibit 2.) As of the date of the filing of this complaint, that letter never received an answer.

13. From August 5, 2014 through September 30, 2014, a total of 70 calls were made on behalf of Wells Fargo to Plaintiff's cell phone. Calls 1 through 40, which were made August 5, 2014 through September 2, 2014, were made willfully, and calls 41 through 70, which were made September 3 through September 30, 2014, were made knowingly.

14. These calls violate the Telephone Consumer Protection Act, 47 U.S.C. § 227. Such calls are not permitted when there is neither (1) an established business relationship (see § 227(a)(2) nor (2) prior express consent (see § 227(b)(1)(A)).

15. Wells Fargo does not have an established business relationship with Plaintiff.

16. Wells Fargo did not have the prior express consent of the Plaintiff before making the calls to Plaintiff.

17. It has been necessary for Plaintiff to obtain the services of an attorney to pursue this claim, and Plaintiff is entitled to recover reasonable attorney's fees therefor.

///

///

3

### FIRST CLAIM FOR RELIEF

### DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

18. Plaintiff repeats, re-alleges, and incorporates by reference paragraphs 1 through 17, inclusive, above.

19. Section 227(b)(3)(A) of the TCPA authorizes a private cause of action for a person or entity to bring in an appropriate court of that state "an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation."

20. Section 227(b)(3)(B) of the Act authorizes a private cause of action for a person or entity to bring in an appropriate court of that state "an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater."

21. Despite the fact that Plaintiff never consented to Wells Fargo making calls to his cellular telephone, Wells Fargo repeatedly placed these non-emergency calls to Plaintiff's cellular telephone without Plaintiff's consent.

22. The Act also authorizes the Court, in its discretion, to award up to three (3) times the actual damages sustained for violations when they are done "willfully and knowingly."

23. Here, upon information and belief, Wells Fargo repeatedly and regularly sent nonemergency, automated calls to the Plaintiff's cellular telephone after Plaintiff repeatedly contacted Wells Fargo in an effort to prevent further violations from occurring.

24. Wells Fargo did not have Plaintiff's express consent prior to contacting him on his cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice.

WHEREFORE, Plaintiff respectfully prays that this Court grant the following relief in Plaintiff's favor and that a judgment be entered against Defendant Wells Fargo for the following:

(1) Actual damages;

1  (2)  Statutory damages up to $1,500 per violation;

2  (3)  Reasonable attorney's fees and costs; and

3  (4)  Any other relief deemed appropriate by this Honorable Court.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff demands a trial by jury in this case.

RESPECTFULLY SUBMITTED,

DATED: October 24, 2014

CRAIG K. PERRY & ASSOCIATES

*/s/ Craig*

Craig K. Perry, Esq.
Nevada Bar #3786
8010 W. Sahara Ave., Suite 260
Las Vegas, Nevada 89117
(702) 228-4777
(702) 942-7520 Fax
info@1stoplawfirm.com

5

EXHIBIT 1

## CALL LOG

| CALL # | CALL DATE | CALL TIME | CALL FROM # | RESULT OF CALL | EVIDENCE |
|---|---|---|---|---|---|
| 1 | 8/5/2014 | 9:03:00 | 8776478552 | hang up / no voicemail | pic |
| 2 | 8/6/2014 | 9:17:00 | 8776478552 | hang up / no voicemail | pic |
| 3 | 8/7/2014 | 9:12:00 | 8776478552 | hang up / no voicemail | pic |
| 4 | 8/8/2014 | 8:21:00 | 8776478552 | hang up / no voicemail | pic |
| 5 | 8/8/2014 | 9:59:00 | 8776478552 | hang up / no voicemail | pic |
| 6 | 8/9/2014 | 9:54:00 | 8776478552 | hang up / no voicemail | pic |
| 7 | 8/12/2014 | 9:23:00 | 8776478552 | hang up / no voicemail | pic |
| 8 | 8/12/2014 | 15:43:00 | 8776478552 | hang up / no voicemail | pic |
| 9 | 8/12/2014 | 16:39:00 | 8776478552 | hang up / no voicemail | pic |
| 10 | 8/13/2014 | 9:19:00 | 8776478552 | hang up / no voicemail | pic |
| 11 | 8/14/2014 | 10:25:00 | 8776478552 | hang up / no voicemail | pic |
| 12 | 8/14/2014 | 15:32:00 | 8776478552 | hang up / no voicemail | pic |
| 13 | 8/14/2014 | 16:35:00 | 8776478552 | hang up / no voicemail | pic |
| 14 | 8/15/2014 | 8:20:00 | 8776478552 | hang up / no voicemail | pic |
| 15 | 8/15/2014 | 10:22:00 | 8776478552 | hang up / no voicemail | pic |
| 16 | 8/15/2014 | 10:57:00 | 8776478552 | hang up / no voicemail | pic |
| 17 | 8/19/2014 | 16:41:00 | 8776478552 | hang up / no voicemail | pic |
| 18 | 8/20/2014 | 8:56:00 | 8776478552 | hang up / no voicemail | pic |
| 19 | 8/21/2014 | 9:10:00 | 8776478552 | hang up / no voicemail | vid |
| 20 | 8/21/2014 | 11:30:00 | 8776478552 | hang up / no voicemail | vid |
| 21 | 8/22/2014 | 8:19:00 | 8776478552 | hang up / no voicemail | pic |
| 22 | 8/22/2014 | 10:53:00 | 8776478552 | hang up / no voicemail | pic |
| 23 | 8/22/2014 | 11:47:00 | 8776478552 | hang up / no voicemail | pic |
| 24 | 8/26/2014 | 8:39:00 | 8776478552 | hang up / no voicemail | vid |
| 25 | 8/26/2014 | 14:46:00 | 8776478552 | hang up / no voicemail | pic |
| 26 | 8/26/2014 | 15:22:00 | 8776478552 | hang up / no voicemail | pic |
| 27 | 8/27/2014 | 14:29:00 | 8776478552 | hang up / no voicemail | pic |
| 28 | 8/27/2014 | 16:41:00 | 8776478552 | hang up / no voicemail | pic |
| 29 | 8/28/2014 | 9:04:00 | 8776478552 | hang up / no voicemail | pic |
| 30 | 8/28/2014 | 11:56:00 | 8776478552 | hang up / no voicemail | pic |
| 31 | 8/28/2014 | 13:40:00 | 8776478552 | hang up / no voicemail | pic |
| 32 | 8/29/2014 | 8:10:00 | 8776478552 | hang up / no voicemail | pic |
| 33 | 8/29/2014 | 8:47:00 | 8776478552 | hang up / no voicemail | pic |
| 34 | 8/29/2014 | 9:31:00 | 8776478552 | hang up / no voicemail | pic |
| 35 | 8/30/2014 | 8:12:00 | 8776478552 | hang up / no voicemail | pic |
| 36 | 8/30/2014 | 8:47:00 | 8776478552 | hang up / no voicemail | pic |
| 37 | 8/30/2014 | 9:30:00 | 8776478552 | hang up / no voicemail | pic |
| 38 | 9/2/2014 | 8:28:00 | 8776478552 | hang up / no voicemail | pic |
| 39 | 9/2/2014 | 9:48:00 | 8776478552 | hang up / no voicemail | pic |
| 40 | 9/2/2014 | 10:24:00 | 8776478552 | hang up / no voicemail | pic |
| 41 | 9/3/2014 | 8:44:00 | 8776478552 | hang up / no voicemail | pic |
| 42 | 9/3/2014 | 15:18:00 | 8776478552 | hang up / no voicemail | pic |
| 43 | 9/3/2014 | 15:53:00 | 8776478552 | hang up / no voicemail | pic |
| 44 | 9/4/2014 | 10:42:00 | 8776478552 | hang up / no voicemail | pic |

| | | | |
|---|---|---|---|
| 45 | 9/5/2014 | 8:24:00 | 8776478552 hang up / no voicemail  pic |
| 46 | 9/5/2014 | 13:06:00 | 8776478552 hang up / no voicemail  pic |
| 47 | 9/5/2014 | 13:56:00 | 8776478552 hang up / no voicemail  pic |
| 48 | 9/16/2014 | 9:44:00 | 8776478552 hang up / no voicemail  pic |
| 49 | 9/16/2014 | 12:38:00 | 8776478552 hang up / no voicemail  pic |
| 50 | 9/16/2014 | 13:13:00 | 8776478552 hang up / no voicemail  pic |
| 51 | 9/17/2014 | 10:45:00 | 8776478552 hang up / no voicemail  pic |
| 52 | 9/18/2014 | 9:28:00 | 8776478552 hang up / no voicemail  pic |
| 53 | 9/18/2014 | 14:46:00 | 8776478552 hang up / no voicemail  pic |
| 54 | 9/18/2014 | 15:22:00 | 8776478552 hang up / no voicemail  pic |
| 55 | 9/19/2014 | 9:29:00 | 8776478552 hang up / no voicemail  pic |
| 56 | 9/19/2014 | 11:57:00 | 8776478552 hang up / no voicemail  pic |
| 57 | 9/19/2014 | 13:27:00 | 8776478552 hang up / no voicemail  pic |
| 58 | 9/23/2014 | 9:44:00 | 8776478552 hang up / no voicemail  pic |
| 59 | 9/23/2014 | 12:52:00 | 8776478552 hang up / no voicemail  pic |
| 60 | 9/23/2014 | 13:28:00 | 8776478552 hang up / no voicemail  pic |
| 61 | 9/24/2014 | 9:48:00 | 8776478552 hang up / no voicemail  pic |
| 62 | 9/24/2014 | 16:48:00 | 8776478552 hang up / no voicemail  pic |
| 63 | 9/25/2014 | 9:52:00 | 8776478552 hang up / no voicemail  pic |
| 64 | 9/25/2014 | 15:30:00 | 8776478552 hang up / no voicemail  pic |
| 65 | 9/25/2014 | 16:34:00 | 8776478552 hang up / no voicemail  pic |
| 66 | 9/26/2014 | 8:30:00 | 8776478552 hang up / no voicemail  pic |
| 67 | 9/26/2014 | 9:46:00 | 8776478552 hang up / no voicemail  pic |
| 68 | 9/27/2014 | 8:19:00 | 8776478552 hang up / no voicemail  pic |
| 69 | 9/27/2014 | 15:15:00 | 8776478552 hang up / no voicemail  pic |
| 70 | 9/30/2014 | 9:19:00 | 8776478552 hang up / no voicemail  pic |

**EXHIBIT 2**

August 30, 2014

Certified U.S. Mail # 7008 1140 0001 2355 6342

WELLS FARGO (WF)
420 Montgomery St.
7th Floor
San Francisco, CA 94104

    RE: REQUEST TO CEASE AND DESIST CALLING ME
    ON MY CELL 702-285-9382

Dear WF,

I request that you cease and desist your repeated calls to my cell phone 702-285-9382.

I began receiving calls from WF on August 5, 2014. I have not given WF nor any of its assignees or representatives permission to contact me on my cell phone 702-285-9382. Permission is hereby revoked if you think that you have any evidence to the contrary.

These calls are very annoying, unauthorized and are being made to my cell phone without my permission.

This is an effort to stop the repeated violations of law.

I am in contact with my attorney concerning the calls. The easiest way for you to reach me / notify me that you have received this letter is kirby.teamworx@gmail.com.

I am holding WF responsible for each call as permitted by law.

Sincerely,

*Kirby Spencer*

Kirby Spencer
2654 W. Horizon Ridge Pkwy.
B-5 #334
Henderson, NV 89052
kirby.teamworx@gmail.com

9/18/2014 USPS.com® - USPS Tracking™

English   Customer Service   USPS Mobile      Register / Sign In



Search USPS.com or Track Packages

Quick Tools   Ship a Package   Send Mail   Manage Your Mail   Shop   Business Solutions

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70081140000123556342

## Product & Tracking Information

**Postal Product:**   **Features:**
                      Certified Mail™

## Available Actions

Text Updates

Email Updates

Return Receipt After Mailing

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 2, 2014, 11:20 am | Delivered | SAN FRANCISCO, CA 94103 |

Your item was delivered at 11:20 am on September 2, 2014 in SAN FRANCISCO, CA 94103.

| September 2, 2014, 10:26 am | Out for Delivery | SAN FRANCISCO, CA 94105 |
| September 2, 2014, 10:16 am | Sorting Complete | SAN FRANCISCO, CA 94105 |
| September 2, 2014, 6:52 am | Arrived at Unit | SAN FRANCISCO, CA 94105 |
| September 1, 2014, 5:20 am | Departed USPS Facility | SAN FRANCISCO, CA 94188 |
| August 30, 2014, 6:38 pm | Arrived at USPS Facility | SAN FRANCISCO, CA 94188 |
| August 30, 2014, 6:54 pm | Departed Post Office | NOVATO, CA 94945 |
| August 30, 2014, 4:10 pm | Acceptance | NOVATO, CA 94945 |

## Track Another Package

Tracking (or receipt) number

Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum