# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KIRBY SPENCER

   Plaintiff(s),

vs.

WELLS FARGO BANK, N.A.

   Defendant(s).

Case # 2:14-cv-01648-LDG-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Divya S. Gupta_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

  1. That Petitioner is an attorney at law and a member of the law firm of

_____Severson & Werson, APC_____
(firm name)

with offices at _____19100 Von Karman Avenue, Suite 700_____,
(street address)

_____Irvine_____, _____California_____, _____92612_____,
(city)   (state)   (zip code)

_____(949) 442-7110_____, _____dsg@severson.com_____.
(area code + telephone number)  (Email address)

  2. That Petitioner has been retained personally or as a member of the law firm by

_____Wells Fargo Bank, N.A._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3. That since September 12, 2012 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California Supreme and Superior Courts | September 12, 2012 | 284282 |
| Pennsylvania Supreme and Superior Courts | December 9, 2008 | 208323 |
| New Jersey Supreme and Superior Courts | January 19, 2009 | 040322008 |
| USDC - Central District of California | April 24, 2014 | |
| USDC - Southern District of California | April 28, 2014 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)
None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
California, Pennsylvania, and New Jersey

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 1/15

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
)
COUNTY OF ___Orange___ )

___Divya S. Gupta___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this ___5th___ day of ___February___, ___2015___.

_____
Notary Public or Clerk of Court

NATALIE LYNN ATHAS
Commission # 2035735
Notary Public - California
Orange County
My Comm. Expires Aug 30, 2017

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Kimberly P. Stein___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___3800 Howard Hughes #1000___,
(street address)

___Las Vegas___, ___Nevada___, ___89169___,
(city)                (state)              (zip code)

___702.667.4808___, ___kstein@HowardandHoward.com___.
(area code + telephone number)   (Email address)

4

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Kimberly P. Stein_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Wells Fargo Bank, N.A.
(type or print party name, title)   Michael Selle
                                     Senior counsel
_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8675      KPS@h2law.com
Bar number      Email address

APPROVED:
Dated: this __2__ day of __April__, 2015.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

5

Rev 1/15

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange

Subscribed and sworn to (or affirmed) before me on this 5th day of February, 2015, by Divya S. Gupta, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

NATALIE LYNN ATHAS
Commission # 2035735
Notary Public - California
Orange County
My Comm. Expires Aug 30, 2017

(Seal)                    Signature _____

**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 4, 2015

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DIVYA S. GUPTA, #284282 was admitted to the practice of law in this state by the Supreme Court of California on September 12, 2012; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kathan Lambert
Custodian of Membership Records



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Divya Shenoy Gupta, Esq.*

### DATE OF ADMISSION

*December 9, 2008*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: March 26, 2015

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **DIVYA SHENOY GUPTA** (No. **040322008**) was constituted and appointed an Attorney at Law of New Jersey on **January 19, 2009** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **5TH** day of **February**, 20**15**



Clerk of the Supreme Court

-453a-