Craig K. Perry (Nev. Bar No. 03786)
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
(702) 228-4777
cperry@craigperry.com

*Attorneys for Plaintiff*

Kimberly P. Stein (Nev. Bar No. 8675)
Jason P. Weiland (Nev. Bar No. 12127)
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
kps@h2law.com
jw@h2law.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | No. 2:14-cv-01648-LDG-GWF<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLAIMS OF ANY PUTATIVE CLASS MEMBERS** |

IT IS HEREBY STIPULATED by and between Plaintiff Kirby Spencer ("Plaintiff"), and Defendant Wells Fargo Bank, N.A. ("Defendant"), through their respective counsel of record, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this entire action shall be, and is, dismissed WITH PREJUDICE as to all claims asserted by Plaintiff against Defendant on an individual basis, and WITHOUT PREJUDICE as to the claims, if any, of any putative class members.

IT IS SO STIPULATED.

---

Stipulation of Dismissal                                                              14-CV-01648-LDG-GWF

| | |
|---|---|
| Dated: May 7, 2015 | CRAIG K. PERRY & ASSOCIATES |
| | By: /s/ Craig K. Perry |
| |     Craig K. Perry |
| | *Attorneys for Plaintiff*<br>*Kirby Spencer* |
| Dated: May 7, 2015 | SEVERSON & WERSON |
| | By: /s/ Eric J. Troutman |
| |     Eric J. Troutman (admitted *pro hac vice*) |
| | *Attorneys for Defendant*<br>*Wells Fargo Bank, N.A.* |

Pursuant to Stipulation, **IT IS SO ORDERED**.

Dated: _____     By: _____
                                                             Hon. Lloyd D. George
                                                             U.S. District Court Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 7, 2015, I caused the foregoing *Joint Stipulation for Dismissal With Prejudice as to Plaintiff's Individual Claims and Without Prejudice as to the Claims of any Putative Class Members* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all counsel of record.

Kimberly P. Stein (Nev. Bar No. 8675)
Jason P. Weiland (Nev. Bar No. 12127)
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
kps@h2law.com
jw@h2law.com
Attorney for Defendants

Eric J. Troutman, Esq. (CA Bar No.229263)
Divya S. Gupta, Esq. (CA Bar No. 284282)
Alexandra N. Kasoveck, Esq. (CA Bar No. 279578)
SEVERSON & WERSON, P.C.
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
Attorneys for Defendants

Dated May 7, 2015.

/s/ Craig K. Perry